02-09-400-CR














 

 

 

COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-09-00400-CR 

 


 
 
 Clifford Gilbert, III
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 tHE STATE OF TEXAS
 
 
  
 
 
 STATE
 
 
 


 

------------

 

FROM THE
158th DISTRICT
Court OF DENTON COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

          We have considered AAppellant’s
Motion To Dismiss.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

                                                                            PER CURIAM

PANEL: 
WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

                                                              

DELIVERED:  November 24, 2010 











[1]See Tex. R. App. P. 47.4.